# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Head, Inc. ) | ASBCA No. 60483 |
| ) | |
| Under Contract No. W912BV-10-C-2001 ) | |

APPEARANCES FOR THE APPELLANT:    Robert G. Ruggieri, Esq.
    Michael H. Payne, Esq.
      Cohen Seglias Pallas Greenhall
      & Furman PC
    Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
      Engineer Chief Trial Attorney
    Keith S. Francis, Esq.
    Bryan M. Harrington, Esq.
      Engineer Trial Attorneys
      U.S. Army Engineer District, Tulsa

## OPINION BY ADMINISTRATIVE JUDGE SWEET

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $412,804.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: 26 June 2017

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

RICHARD SHACKLEFORD                         OWEN C. WILSON
Administrative Judge                        Administrative Judge
Acting Chairman                             Acting Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 60483, Appeal of Head, Inc.,
rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2